UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44400
LAURA M KARNS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-1366


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 12/02/04 and confirmed on 02/04/05.

    2.   The case was dismissed after confirmation, 09/07/2007.

    3.   The Debtor paid a total of $   7533.09 .

    4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 572.82 | .00 | 369.05 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS FOODS | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY FINANCIAL | UNSECURED | 6628.80 | .00 | 4270.73 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| RITTER PROPERTIES | SPECIAL CLASS | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 134.30 | .00 | 86.51 |
| CITY OF CHICAGO | FILED LATE | .00 | .00 | .00 |

              Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 7335.92 | .00 | 7335.92 |
| PRINCIPAL PAID | .00 | .00 | 4726.29 | .00 | 4726.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4726.29 | .00 | 4726.29 |

The Debtor's attorney, KOFKIN & SCHEINBAUM         , was allowed $   2700.00
and was paid $    206.00  direct and $   2494.00  through the plan.

The Trustee received $    312.80 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/17/07                              /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE  2
         CASE NO. 04 B 44400 LAURA M KARNS